

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SEAN K. BURKE | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 202 776 5236 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 827 5491 | LAS VEGAS |
| LOS ANGELES | E-MAIL: sburke@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

January 16, 2020

**BY ECF**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    Giamella v. Wright Med. Tech., Inc.
               U.S.D.C., S.D.N.Y., No. 1:18-cv-0645 (WHP-KNF)

Dear Judge Fox:

      Defendant Wright Medical Technology, Inc. ("Wright Medical") and Plaintiffs Jodilynn and John Giamella ("Plaintiffs") hereby jointly submit this status report, in accordance with the Parties' previously filed joint status report dated September 16, 2019, which proposed the filing of an updated report on January 16, 2020.

      The parties have continued to engage in productive discussions regarding the potential resolution of this matter, along with several other cases involving Wright Medical. As the parties have explained in prior correspondence to this Court, this process has been time consuming given the number of cases and parties involved. However, since the time of the Parties' last report, substantial progress has been made and the parties are working towards confirming individual agreements, including in this case.

      Accordingly, with this significant development, the parties have conferred and agree that Court intervention is not necessary at this time. The Parties are hopeful they will be able to provide further update to the court regarding resolution of this matter shortly. The Parties are also available to discuss this in more detail outside of this public filing if the Court desires, or to continue to provide periodic updates.

DUANE MORRIS LLP

505 9TH STREET, N.W., SUITE 1000    WASHINGTON, D.C. 20004-2166        PHONE: +1 202 776 7800    FAX: +1 202 776 7801

Honorable Kevin Nathaniel Fox, U.S.M.J.
January 16, 2020
Page 2



Respectfully submitted,

s/  Sean K. Burke
Sean K. Burke


s/ Stephen Weingrad (with permission)
Stephen Weingrad