UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

JODILYNN GIAMELLA, *et ano.*,

        Plaintiffs,

-against-

WRIGHT MEDICAL TECHNOLOGY, INC., *et al.*,

        Defendants.

----------------------------------------

18cv0645

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    It having been reported to this Court that this action has been or will be settled, this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order.

    The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: February 14, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.